■ UNITED STATES LIABILITY INSURANCE COMPANY, Respondent, v REBECCA LaBAFF et al., Appellants.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Miller, J. (Appeal from judgment of Supreme Court, Onondaga County, Miller, J.—Declaratory Judgment.) Present—Callahan, A. P. J., Doerr, Boomer, Green and Davis, JJ.